IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JULIAN AARON CRUCE, Individually and as Special Administrator of the Estate of Jason Aaron Cruce, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>KOMATSU AMERICA CORPORATION, and KOMATSU LTD,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*   No. 5:11CV00140 SWW<br>*<br>*<br>*<br>*<br>* |

**Order**

Before the Court is plaintiff's motion for an extension of the deadline for joining other parties and amending the pleadings. For good cause, the Court finds the motion [docket entry 16] should be and is hereby granted. The deadline for joining other parties and amending the pleadings is May 30, 2012.

DATED this 30th day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE